Darryl Eugene White
FULL NAME

-Same-
COMMITTED NAME (if different)

CA. Mens Colony C.M.C. East
FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O. Box 8101 San Luis Obispo
D-12675 CA. 93409
PRISON NUMBER (if applicable)

L6199

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Darryl Eugene White, PLAINTIFF, v. Def.1 Jackie Lacey D.A. Def 2 Judge Ryan Def 3 P.d. Camacho Jr. DEFENDANT(S). | CASE NUMBER LACV14-8943 (AJW) *To be supplied by the Clerk* |
| | **CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)* ☐ 42 U.S.C. § 1983 ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? ____________

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)







Original

a. Parties to this previous lawsuit:
Plaintiff Darryl Eugene White

Defendants Jackie Lacey DA, Judge Ryan, P.D. Albert Camacho Jr.

b. Court Superior Court of CA. County of L.A. Clara Shortridge Foltz Criminal Justice Center #100

c. Docket or case number VA064798

d. Name of judge to whom case was assigned Mike Ryan #100

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Still pending since 12-12-2012

f. Issues raised: Prop 36 Resentencing, Prop 47 Receiving Stolen property is a misdemeanor, Vacate Sentence (3) Three Strike 25 yrs to life

g. Approximate date of filing lawsuit: 12-12-2012

h. Approximate date of disposition Status Conference 7-7-2014 Still waiting

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not Just file State writ to vacate Sentence

4. Please attach copies of papers related to the grievance procedure.

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff Darryl Eugene White
(print plaintiff's name)

who presently resides at CA. Mens Colony C.M.C. East 6199 ,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

CA Mens Colony State Prison C.M.C. East
(institution/city where violation occurred)

false imprisonment - Violation of Civil Right 4, 5, 6, 8, 11, 13, 14th

on (date or dates) Jackie Lacey DA (Claim I), Honorable Ryan (Claim II), P.D. Alberto Camacho Sr (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant Jackie Lacey DA (full name of first defendant) resides or works at 210 W Temple St #18-709 (full address of first defendant) District Attorney (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☒ official capacity.

   Explain how this defendant was acting under color of law: (See Attachment L.A. District Attorney Defendant (1)

2. Defendant Honorable Mike Ryan (full name of first defendant) resides or works at Clara Shortridge Foltz Criminal Justice Center (full address of first defendant) Judge #100 (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☒ official capacity.

   Explain how this defendant was acting under color of law: (See Attachment Honorable Ryan Defendant (2)

3. Defendant Alberto Camacho Sr. (full name of first defendant) resides or works at 590 Hall of Records - 320 W. Temple St, LA 90012 (full address of first defendant) Public Defender Deputy (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☒ official capacity.

   Explain how this defendant was acting under color of law: (See Attachment Albert Camacho Sr Defendant (3)

4. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

5. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

4th Amend. The right of the people to be secure in the person against unreasonable seizure shall not be violated.
5th amend. no person shall be deprived of life, liberty without due process of law without just compensation.
6th Amend. In all criminal procedure, the accused shall enjoy the right to a speedy trial by a impartial judge, jury of the state.
8th Amend. nor cruel and unusual punishment inflicted.
11th Amend. The judicial power of the U.S shall not be construed to extend to any suit in law or equity.
13th Amend. neither slavery nor involuntary servitude shall exist within the United States.
14th Amend. All person born in the U.S are citizen. shall not deny without due process, nor deny to any person equal protection of the law.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The Def. 1 DA, Def. 2 Judge Ryan, Def. 3 P.D. Camacho Jr. is working together to conspire to delay my release under prop. 36 and now prop. 47. By false pretense and stall tactics to delay my release to pervert and obstruct the due administration of the law, the writ of habeas corpus process in a timely manner, and fraudulent billing the State of California from the allocated funds on my behalf, for service render since 12-12-2012 false promises to me and the State a violation of my civil rights 4, 5, 6, 8, 13, 14th and the law, as long as I am on the court docket Def. 1 DA, Def. 2 Judge Ryan, Def. 3 P.D. Camacho Jr. is getting paid the longer I stay, a violation of my civil rights 4, 5, 6, 8, 13, 14th (see attachment same outline)

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

punitive DAMAGES Compensation from Def. 1 D.A. Amount $500.000, Def. 2 Judge Ryan $500.000, Def. 3 P.D. CAMACHO Sr. $500.000 A TOTAL of 1.5 million for violation of my civil rights. And monetary damages from 12-12-2012 for $190.00 each DAY I HAVE Been deprived of Life and Liberty in Custody from Attaining my freedom in A Timely manner under The writ of Habeas Corpus Relief. Vacate of Sentence under Prop. 36 Non-Serious-Non-Violent, Non Sexual, And I AM NOT A DANGER To public SAFETY, And Vacate Sentence under Prop. 47 Receiving Stolen Property under $95000 is A misdemeanor, And I AM NOT A DANGER To public SAFETY, writ of Habeas Corpus Relief Be Heard in A Timely manner, Like All County Have Done in California with Prop. 36. Def. 1 D.A., Def. 2 Judge Ryan, Def. 3 P.D. CAMACHO Sr. THEY ARE Cruel And Show No mercy.

11-12-2014
(Date)

[signature]
(Signature of Plaintiff)

original

Attachment Defendant Did to violate your Rights.

Its Been 2 yrs now and By using This Stall Tactic I am Being false Imprisonment violation of my Civil Rights 4, 5, 6, 8, 13, 14th under The umbrella of The writ of Habeas Corpus. I am in State prison for Receiving Stolen property 496 p.c. under $400.00 which now under prop 47 is A misdemeanor and every offense Declared to Be A misdemeanor is punishable By Imprisonment in The County Jail not exceeding 1 year, Def. 1 D.A., Def. 2. Judge Ryan, Def. 3 p.d. Camacho Jr. By Stalling to Hear my petition in A Timely manner to keep me on prison ground is violating my Civil Rights 4, 5, 6, 8, 13, 14th. Def 1 D.A., Def. 2. Judge Ryan, Def. 3. p.d. Camacho Attempt to obstruction of Justice or pervert The Due process of Administration of The Law Knowing is guilty of public offense is punishable By Imprisonment in A County Jail for not more Than one year, And in violation of my Civil Rights 4. 5. 6. 8. 13. 14th. Def. 1 D.A. Def. 2. Judge Ryan, Def. 3. p.d. Camacho Sr. Last Stall Tactic was on 7-7-2014, Def. 1 D.A.; Def. 2. Judge Ryan would Like to See your mental Health Records To Delay my Release under prop 36 So The Hearing was put off until -8-29-2014 But Def. 3. p.d. Camacho made no Attempt to get The mental Health Records violation of my Civil Rights 4, 5, 6, 8. 13, 14th. on 10-26-2014 -

I mailed 400 pages of mental Health records to Def. 2. Judge Ryan cost 10¢ a copy $40.00 plus postage, I sent Def. 3 P.D. Camacho Jr. A form to release my mental Health to Him from This prison. funds is Being Allocated to Def. 1. D.A., Def. 2. Judge Ryan, Def 3 P.D. Camacho Jr To Hear petition prop. 36 in A Timely manner to reduce prison over crowdness, By not Doing so Def. 1. D.A., Def. 2. Judge Ryan, Def. 3 P.D. Camacho Jr is violating my Civil Rights 4, 5, 6, 8, 13, 14 and I am Being Held against my free will and my civil rights is Being Denied To attain freedom in A Timely manner A violation of my civil Rights 4, 5, 6, 8, 13, 14th. I gave Def. 2. Judge Ryan permission To Hear my petition with The Beliefs That He would Be Impartial and make A Ruling in A Timely manner but He violated my Civil Rights 4, 5, 6, 8, 13, 14th and Have not Been using ethical standards and making ethical decision By Balancing His self interest with The Interest of others. It Been 2 yrs since passing of prop. 36 I Been Eligible since 12-12-2012. Def. 3 P.D. Camacho Jr. contacted me on About 11-15-2012 To see If The public Defenders office Can Represent me on petition writ of Habeas corpus to file to The Court. But As Time went on Def. 3 P.D. Camacho Jr. Has Been playing The stall Tactic

Attachment Defendant Did to Violate your Rights with Def. 1. D.A. Def. 2. Judge Ryan to Violate my Civil Rights 4, 5, 6, 8, 13, 14, Def 3 P.d. Camacho Sr. Has Been making false promises to me when I'm getting out. Def 3. P.d. Camacho Sr. Had me Sign A form to let Def 2 Judge Ryan permission to Hear my petition Also Had my Sign Release form to get my mental Health Records, But made no Attempt to get The Record from The prison, Def. 3. P.d. Camacho Sr. Do not Contact me About my Case, Though Legal mail of In The Office to Take phone Calls. Def. 3 P.d. Camacho Sr. Service Has Been nothing But In Competent, Inadequate to me As A Client, I Could Have filed my petition myself and write my Trial Sentencing Judge can could Have gotten A Respond in A Timely manner granted or Denied, within 2 years. But Def. 3 P.d. Camacho Sr, Has Been working together to Conspire with Def. 1 D.A. Def. 2 Judge Ryan to Delay my petition and Violate my Civil Rights 4, 5, 6, 8, 13, 14th. Def. 1 D.A., Def. 2. Judge Ryan, Def. 3. P.d. Camacho Sr is misconstruing The U.S. Constitution Amendment 13 neither Slavery or Involuntary Servitude is excepted as A punishment for Crime whereof The party shall Been Duly Convicted, Def. 1 D.A., Def. 2 Judge Ryan, Def. 3 P.d. Camacho Sr is using my Conviction 496 P.C. Receiving Stolen property under $400.00

2 of 3

To delay hearing my petition under the umbrella of writ of Habeas Corpus their no set time limits to hear petition in a timely manner, so I can stay in prison for a life time under false pretenses as long as the Habeas Corpus is active Def. 1 D.A., Def. 2 Judge Ryan, Def. 3 p.d. Camacho Jr. is getting two bite of the same apple in violation of my civil rights 4, 5, 6, 8, 13, 14th. All other county in California release their three striker under prop. 36 in a timely manner, and by Def. 1 D.A., Def. 2 Judge Ryan, Def. 3 p.d. Camacho Jr playing the stall tactic and failing to hear my petition in a timely manner, like other county in California is violation my civil rights 5, 6, 8th 14, th 4, . Def. 1 D.A., Def. 2 Judge Ryan, Def. 3 p.d. Camacho Jr is protected by the 11th Amendment from prosecution, any suit in law or equity by citizen unless Def. 1 D.A., Def. 2 Judge Ryan, Def. 3, p.d. Camacho Jr knowing pervert or obstruct the due administration of the law is not above the law, and can not break laws or violate the people of the united state constitution civil rights, if do so is subjected to criminal prosecution and can be sued under the color of the law individual and in official capacity. Petitioner is seeking punitive damages from Def. 1 D.A. Def. 2. Judge Ryan, Def. 3 p.d. Camacho Jr in amount of $500.00 each a total 1.5 million

ATTACHMENT Defendant Did to Violate your Rights
in Violation my Civil Rights 4,5,6 8 13, 14 #
And monetary Damages from 12-12-2012
for each Day I HAS Been Deprived of
Life and Liberty in Custody, from
Attaining my freedom in a Timely
manner under The writ of Habeas
Corpus Relief, An Investigation
is need and A Order To Vacate
SenTence under prop. 36 and
now prop. 47.
petitioner pray That This Court grant
Him Relief.

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

.TE PRINTED: 07/17/14

---

.SE NO. YA040798

IE PEOPLE OF THE STATE OF CALIFORNIA
VS.
:FENDANT 01: DARRYL EUGENE WHITE

---

IFORMATION FILED ON 07/07/99.
)UNT 01: 459 PC FEL Burglary (Acquitted)
)UNT 02: 496(A) PC FEL Receiving Stolen property (found guilty)

I 07/07/14 AT 1000 AM :

IIS IS A THIRD STRIKE CASE.

*************************NO LEGAL FILE*************************

:FENDANT'S REQUEST FOR STATUS CONFERENCE; INFORMAL REPLY TO
?POSITION TO PETITION FOR RESENTENCING IS RECEIVED AND FILED
IIS DATE.

ITRY MADE BY B. PEREZ, JUDICIAL ASSISTANT.
ATTER PREV SET/REMAIN ON CLDR

 DOCKET LINE ENTRY
HEARING DATE: 07/07/14

ORIGINAL

ATTACHMENT L.A. DISTRICT ATTORNEY

Defendant 1: The L.A. District Attorney violated P.C. 182 Conspiracy law with Judge Ryan and the public defender lawyers Ronald Brown and Albert Camacho Jr. (A) If two or more person conspire (4) to cheat and defraud any person by false pretense or by false promies with fraudulent intent not to perform those promies. (5) To commit any act injurious to the public health, to public moral or pervert or obstruct justice, or the due administration of the law. I been eligible for prop. 36 since 12-12-2012, but the D.A. keep coming up with false stall tactics to delay my release, because as long as I am on the court docket, the D.A. office, public defenders office and Judge Ryan is getting paid, long as I'm in prison. By using the stall tactic game, the D.A. is violating penal code 236 false imprisonment, false imprisonment is the unlawful violation of the personal liberty of another, and violating P.C. 19 punishment for misdemeanor is every offense declared to be a misdemeanor is punishable by imprisonment in the county jail not exceeding six months.

-OVER-

P.C. 19.2 Confinement in County Jail not to Exceed one year. And P.C. 96.5 Obstruction of Justice - every Judicial officer, Court, Commissioner, or Referee who commits any Act That He or She know perverts or obstruct Justice is guilty of public offense is punishable By Imprisonment in A County Jail for not more Than one year, And By Doing So Violated my Civil Rights, 4, 5th, 6, 8th, [illegible]th, 11th, 13th, 14th. The Last Stall Tactics was 7-[illegible]-2014, The D.A. And Judge Ryan Want to See your mental Health Records But made no Attempt to get Them, I mailed 400 pgs of Copys of mental Health Record from 2008 to 2014 to Judge Ryan on 10-26-2014 cost 10¢ A copy $40.00 plus postage. Funds is Being Allotted to The D.A. Office, public Defenders Office And Retired Judge Ryan To Hear petition in A Timely manner, But It Been 2 yrs Since Prop. 36 Pass And now Prop. 47, made Receiving Stolen property under $950.00 A misdemeanor. I Am A misdemeanor on prison grounds with murders, Rapist, child molester, All Type of Violent prisoner, I Wish to Be Set-free. Vacate Sentence felony to A misdemeanor, Receiving Stole Property

Attachment L.A. District Attorney

Defendant 1 continue - under $400.00 is A Misdemeanor, I Am Being Held Against my free will in Violation of my Civil Rights, 4th, 5th, 6th, 8, [illegible], 11, 13, 14th. Petitioner Seek punitive Damages, Compensation in Amount $500.000 for This Agency D.A. Office And monetary Damages for each Day I was Deprived of Life And Liberty In Custody from 12-12-2012 to I get Release from prison, Because Civil Rights Been Denied to Attain freedom in A Timely manner, An Investigation is needed. The Above Defendant is Being Sued in His / Her Individual And Official Capacity

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

TE PRINTED: 07/17/14

---

SE NO. YA040798

IE PEOPLE OF THE STATE OF CALIFORNIA
VS.
FENDANT 01: DARRYL EUGENE WHITE

---

IFORMATION FILED ON 07/07/99.
UNT 01: 459 PC FEL Burglary (acquitted)
UNT 02: 496(A) PC FEL Receiving stolen property (found guilty)

07/07/14 AT 1000 AM :

IIS IS A THIRD STRIKE CASE.

*************************NO LEGAL FILE*************************

EFENDANT'S REQUEST FOR STATUS CONFERENCE; INFORMAL REPLY TO
POSITION TO PETITION FOR RESENTENCING IS RECEIVED AND FILED
IIS DATE.

ITRY MADE BY B. PEREZ, JUDICIAL ASSISTANT.
ATTER PREV SET/REMAIN ON CLDR


DOCKET LINE ENTRY
HEARING DATE: 07/07/14

original

Attachment Honorable Ryan

Defendant 2; The Judge Ryan Violated P.C. 182 Conspiracy Law with The D.A. office and The public Defenders offices (A) If Two or more person Conspire (4) To Cheat And Defraud Any person By false pretense or By false promises with fraudulent Intent not To perform These promises (5) To Commit Any Act Injurious to The public Health, To public moral or pervert or obstruct Justice, or The Due Administration of The Law. I let Judge Ryan permission to Hear my petition with The Beliefs That He would Be Impartial And make A Ruling in A Timely manner. - Ethical Standard making ethical Decision, By Balancing His Self Interest with The Interest of Others, was I wrong. I Been eligible for Prop. 36 Since 12-12-2012, But The Judge keep Letting The D.A. public Defenders office Come up with false Stall Tactics To Delay my Release Because as Long As I'm on The Court Docket, The D.A. p.d. Lawyers and Judge Ryan is getting paid Long As I'm in prison, And By Allowing This Stall Tactic Judge Ryan is Violating penal Code 236 false imprisonment, false Imprisonment is The unlawful Violation of The personal Liberty of Another, And Violating P.C. 19 punishment for A misdemeanor -

every offense Declared to Be A misdemeanor is punishable By Implisonment to County Jail not Exceeding Six months and P.C. 19.2 Confinement in County Jail not to Exceed one year, And P.C. 96.5 OBSTRUCTION of Justice every Judicial officer Court, Commissioner, or Referee who commits any Act That He or She know pervert or OBSTRUCT Justice is guilty of public offense is punishable By Implisonment in A County Jail for not more Than one year. By Doing so violated my Civil Rights 4th, 5, 6, 8, ●, 11th, 13, 14th Amendments. The Last Stall Tactic was 7-7-2014 Stating That The Judge Ryan and D.A. Want to See mental Health Records But Have not made no Attempt to get my mental Health Records, So I mailed 400 pgs Copys of mental Health Records from 2008 to 2014 to Judge Ryan on 10-26-2014 cost was 10¢ A copy 40.00 plus postage. funds is Been Allocated To The D.A. office, public Defenders office And to Retired Judge Ryan To Hear petition in A Timely manner, But It Been 2 yrs Since prop 36 pass And now prop 47 made Receiving Stolen property under $950.00 A misdemeanor. I Am A misdemeanor on prison grounds with murders, Rapist, Child

ATTACHMENT HONORABLE RYAN

Defendant 2 - molester, All Type of Violent prisoner, I WISH to Be Set-free, Vacate Sentence felony to A misdemeanor. Receiving stolen property under $400.00 is A misdemeanor. I Am Being Held Again my free well in Violation of my Civil Rights 4th, 5, 6th, 8, [illegible] 11, 13th, 14th. petitioner Seek punitive DAMAGES, compensation in Amount $500.000 for THIS AJENCY, And MONETARY DAMAGES for each DAY I WAS Deprived of Life And LIBERTY in custody from 12-12-2012 to I get Release from prison, Because Civil Rights Been Denied to ATTAIN freedom in A Timely manner. An Investigation is Needed. The Above Defendant is Being Sued in His/Her Individual And official CAPACITY.

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

TE PRINTED: 07/17/14

---

SE NO. YA040798

IE PEOPLE OF THE STATE OF CALIFORNIA
VS.
FENDANT 01: DARRYL EUGENE WHITE

---

IFORMATION FILED ON 07/07/99.
UNT 01: 459 PC FEL Burglary (acquitted)
UNT 02: 496(A) PC FEL Receiving Stolen property (found guilty)

07/07/14 AT 1000 AM :

IIS IS A THIRD STRIKE CASE.

**************************NO LEGAL FILE**************************

EFENDANT'S REQUEST FOR STATUS CONFERENCE; INFORMAL REPLY TO
POSITION TO PETITION FOR RESENTENCING IS RECEIVED AND FILED
IIS DATE.

NTRY MADE BY B. PEREZ, JUDICIAL ASSISTANT.
ATTER PREV SET/REMAIN ON CLDR

original

ATTACHMENT ALBERT CAMACHO SR.

Defendant 3 - ALBERT CAMACHO SR my public Defender Lawyer Violated P.C. 182 with The D.A. and Judge RYAN (A) If Two or more person Conspire (4) To cheat and Defraud any person By false pretense or By false promises with fraudulent Intent not To perform Those promises (5) To commit any Act Injurious to The public Health, To public moral or pervert or obstruct Justice or Due Administration of The Law. I Been eligible for prop. 36 Since 12-12-2012, my Lawyer CAMACHO SR. Came up to C.M.C. State prison on 4-1-2014 and Spend About 3HRS with me, and Had me Sign A form to let Judge RYAN to Hear my petition and not my Trial Sentencing Judge and made me Believe I would Be out By 6-25-2014. On 6-25-2014 I Called CAMACHO SR. And He Said His Boss Ronald Brown Did not file my petition to The Court Judge RYAN for Status Conference Hearing. On 7-7-2014 I Received A Letter Stating my petition WAS filed to The Court Judge RYAN. MR. CAMACHO SR. Told me He Drop The BALL and THE D.A. And Judge RYAN want to See my mental Health Records. On 8-23-2014 I mailed MR. CAMACHO SR. A Release form to get -

Albert Camarillo Sr

my mental Health Records for the prison. C.M.C. But still have not contact the prison to get them, right to this day, on 10-26-2014 I mailed 400pgs of mental Health Records from 2008 to 2014 to Judge Ryan. The cost 10¢ A copy $40.00 plus postage. The D.A. Judge Ryan and public defenders office keep coming up with false stall tactic games to delay my release because as long as I am on the court docket, the D.A. P.D. office, Judge Ryan is getting paid long as I am in prison. And by doing so using this stall tactic, the D.A. Judge Ryan P.D. Lawyers is violating penal code 236 false imprisonment - false imprisonment is the unlawful violation of the person liberty of another, and violating P.C. 19 punishment for a misdemeanor - every offense declared to be a misdemeanor is punishable by imprisonment in the county jail not exceeding six months. And P.C. 19.2. Confinement in county jail not to exceed one year and P.C. 96.5 Obstruction of Justice - every judicial officer court, commissioner, or referee, who commits any act that he or she know pervert or obstruct justice is guilty of public offense is punishable by imprisonment in a county jail for not more than one

Attachment Albert Camacho Sr.

Defendant 3 - year and in Violation of my Civil Rights 4th, 5, 6 8, 11, 13, 14th. The Last Stall Tactic was 7-7-2014, The D.A. & Judge Ryan want to see your mental Health Records, I have not Heard from. The Court Judge Ryan and my p.d. Lawyer Albert Camacho Sr Today Date 11-08-2014. Camacho Sr. Do not Return Call I Had my family, The prison Counselor, Dr. Ryan and Mr Cromb Call for me. Left messages. or write legal mail to me nothing Just Do not Care About my Concerns. But funds is Being Allocated To The D.A. office, Public Defenders office, And Retired Judge Ryan to Hear petition in a timely manner it Been 2 yrs Since Prop. 36 Pass And now prop 47 I am a misdemeanor on prison grounds with murders, Rapist, Child molester, All Types of Violent prisoner. wish to be Set free, Vacate Sentence from A felony to A misdemeanor. I Am Being Held Again my free will in Violation of my Civil Rights, 4th, 5, 6, 8, 11, 13, 14th. Petitioner Seek punitive Damages, Compensation in Amount of $500.000 for This Agency, Public Defenders office and Monetary Damages for each Day I was Deprived of Life -

Albert Camacho Sr

Liberty in Custody from 12-12-2012 to I get Release from prison, Because Civil Rights Been Denied To Attain freedom in A Timely manner. An Investigation is need. The Above Defendant is Being Sued in His/Her Individual and Official Capacity.

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

ATE PRINTED: 07/17/14

---

ASE NO. YA040798

HE PEOPLE OF THE STATE OF CALIFORNIA
VS.
EFENDANT 01: DARRYL EUGENE WHITE

---

NFORMATION FILED ON 07/07/99.
OUNT 01: 459 PC FEL Burglary (acquitted)
OUNT 02: 496(A) PC FEL Receiving stolen property (found guilty)

N 07/07/14 AT 1000 AM :

HIS IS A THIRD STRIKE CASE.

*************************NO LEGAL FILE*************************

EFENDANT'S REQUEST FOR STATUS CONFERENCE; INFORMAL REPLY TO PPOSITION TO PETITION FOR RESENTENCING IS RECEIVED AND FILED HIS DATE.

NTRY MADE BY B. PEREZ, JUDICIAL ASSISTANT.
ATTER PREV SET/REMAIN ON CLDR


CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409
$ 02.87
MAILED FROM ZIP CODE 93409
CALIFORNIA MENS COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101
STATE PRISON
GENERATED MAIL
RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 17 2014
CENTRAL DISTRICT OF CALIFORNIA
"Legal Mail"


℅ T. Cook
11-12-14